McKAY, BURTON & THURMAN
Reid Tateoka (3193)
Bruce J. Boehm (Cal. Bar No. 186715)
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252

William M. Brown
SEYFARTH SHAW
400 Capital Mall, Suite 2350
Sacramento, CA 95814-4428
Telephone: (916) 448-0159

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ABDULLAH,

   Plaintiff,

vs.

HARMAN-VAN NORMAN dba KENTUCKY FRIED CHICKEN No. 240; LAWRENCE J. NANNINI as Trustee of THE LAWRENCE J. NANNINI TRUST; THE LAWRENCE J. NANNINI TRUST and Does 1 through 10 inclusive,

   Defendants.

Case No. C-06-4785 MMC

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

  Reid Tateoka, an active member in good standing of the bar of the State of Utah whose business address and telephone number is 170 South Main Street, Ste. 800, Salt Lake City, Utah 84101, (801) 521-4135, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 1103. All papers filed by the attorney must indicate appearance *pro hac vice.*

  Service of papers upon and communication with co-counsel designated in the application

---

1

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY, *PRO HAC VICE*

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3  DATED: September 15, 2006

_____
United States District Court Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY, *PRO HAC VICE*