1  Reuben D. Nathan, Esq. (SBN 208436)
2  AZIMY & NATHAN, LLP
   18500 Von Karman Ave., Suite 500
3  Irvine, California 92612
   Phone:  (949) 486-1888
4  Fax:     (949) 486-1889
   Email: r.n@azimynathan.com
5          e.a@azimynathan.com

6  Attorneys of Record for Plaintiff,
   JOSEPH ABDULLAH
7

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.:  C06-04785 MMC |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL** |
| HARMAN-VAN NORMAN, INC. dba KENTUCKY FRIED CHICKEN No. 240; LAWRENCE J. NANNINI as Trustee of THE LAWRENCE J. NANNINI TRUST; THE LAWRENCE J. NANNINI TRUST and Does 1 through 10, inclusive. | F.R.Civ.P. 41(a)(1) |
| Defendants. | |

     Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants, Harman-Van Norman dba Kentucky Fried Chicken No. 240, Lawrence J. Nannini as Trustee of The Lawrence J. Nannini Trust and The Lawrence J. Nannini Trust, through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

- 1 -

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**

DATED: April 12, 2007                AZIMY & NATHAN, LLP

By: /s/ Reuben D. Nathan, Esq.
    Reuben D. Nathan, Esq.
    Attorney for Plaintiff,
    Joseph Abdullah

DATED: April 9, 2007                 McKAY, BURTON & THURMAN

By: /s/ Reid Tateoka, Esq. as authorized on April 9, 2007
    Reid Tateoka, Esq.
    Attorney for Defendants, Lawrence J.
    Nannini, Trustee of The Lawrence J.
    Nannini Trust and The Lawrence J.
    Nannini Trust

## ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated: ___April 16___, 2007

_____
United States District Court Judge

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**